&PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT



FOR THE

Southern District of Mississippi

UNITED STATES OF AMERICA

v.

W. BENOIT HOLLOWAY

Crim. No.   5:04cr14DCB-JCS-001

On _____August 8, 2005_____ the above named was placed on probation/supervised release for a period of __3__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*Marty Williams*  Marty Williams
2007.10.25 09:41:52
-05'00'

U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __26th__ day of __November__, 20 _07_.

United States District Judge